160 A.3d 713

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. LEROY TUTT, DEFENDANT–PETITIONER. STATE OF NEW JERSEY, PLAINTIFF, v. BRUCE DUETTE (A/K/A BRUCE DEWITT), DEFENDANT.

February 13, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–4042/5558–12 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

160 A.3d 713

NEW JERSEY DIVISION OF CHILD PROTECTION AND PERMANENCY, PLAINTIFF–RESPONDENT, v. M.C., DEFENDANT–PETITIONER. IN THE MATTER OF M.C., M.C., JR., AND A.C., MINORS–RESPONDENTS.

February 13, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–002398–12 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.